UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 1:24-cv-24638-PCH

**SERENDIPITY AT SEA LLC**,
a Florida Limited Liability Company,

    Plaintiff,

v.

**USI INSURANCE SERVICES LLC**,
a Delaware Limited Liability Company,

    Defendant.
_____/

## NOTICE RESCHEDULING HEARING

Please take notice that the hearing on Defendant's Motion for Summary Judgment **[ECF No. 41]**, previously set for Tuesday, October 21, 2025, at 4:20 PM [ECF No. 58], is **rescheduled to**, **October 21, 2025, at 11:00 AM via Zoom** before the Honorable Paul C. Huck in the Miami Division. The Parties will receive the Zoom information before the hearing.

**DONE AND ORDERED** in Miami, Florida, on October 10, 2025.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc:    All counsel of record